IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR275 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRANDON DORSEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the amended motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Brandon Dorsey (Dorsey) (Filing No. 21). Ms. Hansen represents she has a conflict of interest in this matter as she recently determined the Federal Public Defender's Office has represented another person who may have an adverse interest to that of Dorsey after having received the government's witness list for trial. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) is granted.

Andrew J. Wilson, 11240 Davenport Street, Omaha, NE 68154, (402) 330-6300, is appointed to represent Dorsey for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Wilson with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Dorsey's defense.

The clerk shall provide a copy of this order to Mr. Wilson, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge